PROB 12C
(7/93)

Report Date: August 5, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 6 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Francisco Estrada-Grimaldo    Case Number: 2:08CR02063-001 LRS

Address of Offender: Incarcerated at the Yakima County Jail under the alias Jose Grimaldo Estrada

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 08/07/2008

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 14 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| Defense Attorney: | Kelly A. Canary |

Type of Supervision: Supervised Release

Date Supervision Commenced: 06/17/2009

Date Supervision Expires: 06/16/2012

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about July 16, 2010.

Information received from the U.S. Immigration and Customs Enforcement indicates the defendant was previously deported to Mexico on March 29, 2005, at Paso Del Norte, Texas, (docket number 2:04CR02028-001), and most recently on July 1, 2009, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

2     **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 16, 2010, the defendant, under the alias of Jose Luis Carrillo Martinez, was arrested by the Ellensburg Police Department in Ellensburg, Washington, for obstructing a law enforcement officer, (Lower Kittitas District Court case number 28672), and third degree driving while license suspended (Lower Kittitas District Court case number 28671).

According to an incident report, on July 16, 2010, the defendant was pulled over by an Ellensburg police officer for a suspected traffic violation. Upon questioning, the defendant provided the officer with a permanent resident alien card and social security card, both of which appeared to the officer to be of poor quality and to be counterfeit. During the course of the officer's questioning, the defendant gave the officer false names. The defendant was subsequently arrested for third degree driving while license suspended and obstructing a law enforcement officer.

On July 19, 2010, the defendant made an initial appearance in court on the above matters and arraignments were set for July 26, 2010. Bench warrants were subsequently issued on July 30, 2010, for failure to appear. The warrants remain active to date.

3     **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 29, 2010, a criminal complaint was filed with the U.S. District Court in the Eastern District of Washington, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:10-04137M-001.

The defendant made an initial appearance before the Court on July 30, 2010, and was detained pending further action by the Court. The defendant's next Court appearance is set for August 11, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

Prob12C
Re: Estrada-Grimaldo, Jose Francisco
August 5, 2010
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/05/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/5/10
Date